004985

Order entered November 16, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01293-CV

**JAMES A. WALTER, Appellant**

V.

**21ST CENTURY INSURANCE COMPANY, ET AL., Appellee**

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-10-08240-A

## ORDER

The Court has before it appellant's November 9, 2012 "motion for extension of the time

to perfect an appeal," in which he requests an extension of time to file his brief. The Court

GRANTS the motion and ORDERS appellant to file his brief by December 10, 2012.


MOLLY FRANCIS
JUSTICE